The stipulation of dismissal is granted pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The parties stipulate and agree to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, each Plaintiff hereby voluntarily dismisses his/her claims with prejudice.

It is so ordered
s/James G. Carr
Sr. U.S. District Judge

DATE: 8/14/24

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAVID COLLINS, PATRICIA FUIRE, ELIZABETH MAYFORTH, and ROBERT ANNAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TOLEDO BLADE COMPANY, PG PUBLISHING CO., and BLOCK COMMUNICATIONS, INC.,<br>        Defendants. | Case No. 3:23-cv-302<br><br>Judge James G. Carr |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii), by and through their respective counsel of record, Plaintiffs David Collins, Patricia Fuire, Elizabeth Mayforth, and Robert Annan ("Plaintiffs") and Defendants Toledo Blade Company, PG Publishing Company, and Block Communications, Inc. ("Defendants") (collectively, "the Parties") stipulate and agree to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, each Plaintiff hereby voluntarily dismisses his/her claims with prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: August 6, 2024                Respectfully submitted,

By: _Tiana Demas (per email authorization)_
    Peter R. Silverman (0001579)
    Matthew T. Kemp (0093136)
    SHUMAKER LOOP & KENDRICK, LLP
    1000 Jackson Street
    Toledo, OH 43604
    Telephone:  (419) 241-9000
    Facsimile:  (419) 241-6894
    psilverman@shumaker.com
    mkemp@shumaker.com

    Tiana Demas (admitted _pro hac vice_)
    COOLEY LLP
    55 Hudson Yards
    New York, NY 10001
    (212) 479-6560
    tdemas@cooley.com

    _Attorneys for Defendants_

Dated: August 6, 2024                By: _Michael J. Boyle, Jr._
    Matthew R. Wilson (0072925)
    Michael J. Boyle, Jr. (0091162)
    Jared W. Connors (101451)
    MEYER WILSON CO., LPA
    305 W. Nationwide Blvd.
    Columbus, Ohio 43215
    Telephone: (614) 224-6000
    Facsimile: (614) 224-6066
    mwilson@meyerwilson.com
    mboyle@meyerwilson.com
    jconnors@meyerwilson.com

    Brian Levin (admitted _pro hac vice_)
    LEVIN LAW, P.A.
    2665 South Bayshore Drive, PH2b
    Miami, FL 33133
    (305) 402-9050
    (305) 676-4443
    brian@levinlawpa.com

    Don Bivens (_pro hac vice_ to be filed)
    DON BIVENS, PLLC
    15169 N. Scottsdale Rd, Suite 205
    Scottsdale, AZ 85254
    don@donbivens.com

*Attorneys for Plaintiffs and the Proposed Class*